# Court of Appeals
# of the State of Georgia

ATLANTA,   June 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1891.  TIMOTHY ROBINSON v. THE STATE.**

In 1998, Timothy Robinson was sentenced to a combined sentence of 40 years for possessing a destructive device and theft by bringing stolen property into the State.  In February 2014, Robinson filed a motion alleging a void sentence.  The trial court denied the motion on March 7, 2014, and Robinson's notice of appeal was filed on April 22, 2014.[1]

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Robinson's notice of appeal was filed 46 days after entry of the trial court's order, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] We note that Robinson's notice of appeal was dated March 31, 2014, but was not filed by the trial court clerk until April 22, 2014.  Although Robinson would be given the benefit of a "mailbox rule" for a habeas matter, the rule does not apply to this non-habeas motion.  See *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/24/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*